Rotaprint Aktien Gesellschaft, Respondent, v. Sanlin Offset Press Manufacturing Corporation, Appellant, Impleaded with Others.— Order denying motion of defendant-appellant to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action unanimously affirmed,

with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order with notice of entry, upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.